**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VICTOR APREZA-REYES, | No. 08-73661 |
| Petitioner, | Agency No. A098-177-120 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:     CANBY, THOMAS  and W. FLETCHER, Circuit Judges.

Victor Apreza-Reyes, a native and citizen of Mexico, seeks review of a

Board of Immigration Appeals order dismissing his appeal from an immigration

judge's (IJ) denial of his application for cancellation of removal.  We dismiss the

petition for review.

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the agency's discretionary determination that Apreza-Reyes failed to show exceptional and extremely unusual hardship to his U.S. citizen child. 8 U.S.C. § 1252(a)(2)(B); *Mendez-Castro v. Mukasey*, 552 F.3d 975, 979 (9th Cir. 2009).

Apreza-Reyes's contentions, that the IJ failed to properly consider and weigh all evidence of hardship and that the evidence does not support the IJ's finding of no hardship to the U.S. citizen daughter, do not raise a colorable due process claim. *Martinez-Rosas v. Gonzales*, 424 F.3d 926, 930 (9th Cir. 2005).

**PETITION FOR REVIEW DISMISSED.**